IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

       Petitioner,

vs.                                    CASE NO. 5:08cv77/RS-EMT

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Motion for Preliminary Injunction (Doc. 28) is **denied**.

3. Petitioner is directed to file a reply to Respondent's answer to the habeas petition (Doc. 15) not later than March 4, 2009.

**ORDERED** on February 12, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**