IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAN SCHMIDT,

    Petitioner,

vs.                               CASE NO. 5:08cv77/RS-EMT

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report And Recommendation (Doc. 60). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report And Recommendation is approved and incorporated in this Order.

2. Respondent's Motion To Dismiss (Doc. 56) is **granted**, and the Petition For Writ Of Habeas Corpus (Doc. 1) is denied.

3. All pending motions are denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on September 16, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**